**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00488-CR
No. 05-13-00489-CR
No. 05-13-00490-CR
No. 05-13-00505-CR

**LUIS ALFREDO JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-35332-I, F11-35928-I, F11-35929-I, F11-35930-I**

## ORDER

The Court **GRANTS** appellant's May 16, 2013 motion for substitution of counsel.

Christian T. Souza is substituted for Robert T. Baskett as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Christian T. Souza, 4303 N.

Central Expressway, Dallas, Texas 75205; telephone: (214) 862-7462; telecopier: (214) 696-

0867.

/s/    LANA MYERS
        JUSTICE